UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALE,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MOUNT SINAI BUSINESS HEALTH et al.<br><br>　　　　　　　　Defendants. | No. 23-CV-3072 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　A discovery conference was previously scheduled in this matter for January 3, 2024 at 4:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to January 4, 2024 at 4:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:　January 3, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge