USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rehana Cale,

                Plaintiff,

-against-

Mount Sinai Business Health and Charles Psarreas,

                Defendants.

1:23-cv-03072 (RA) (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Thursday, January 11, 2024, at 10:00 a.m. EST to address open discovery issues. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
            January 5, 2024

_____
STEWART D. AARON
United States Magistrate Judge