# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

REHANA CALE,

                    Plaintiff,                    23 **CIVIL** 3072 (RA)

      -against-                         **<u>JUDGMENT</u>**

MOUNT SINAI BUSINESS HEALTH and CHARLES PSARREAS,

                    Defendants.

-------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2025, the motion for summary judgment is granted with respect to Plaintiff's Title VII claims against MSBH. Plaintiff's state and city law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2025

                                               **TAMMI M. HELLWIG**
                                               _____
                                                  **Clerk of Court**

                        **BY:**    *K. Mango*

                                                  _____
                                                  **Deputy Clerk**